AO 241 (Rev. 09/17)

8:23cv464

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 OCT 24  AM 10:

OFFICE OF THE CLERK

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Nebraska | |
|---|---|---|
| Name (under which you were convicted):  Nico Wofford | | Docket or Case No.:  CR-15-2581 |
| Place of Confinement :  Tecumseh Correctional Institution | Prisoner No.:  84696 | |
| Petitioner (include the name under which you were convicted)  Nico Wofford | v. | Respondent (authorized person having custody of petitioner)  Craig Gable, TSCI Warden  Rob Jeffrys, NDCS Director |
| The Attorney General of the State of: The State of Nebraska | | |

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Douglas County Courthouse, omaha Nebraska

    (b) Criminal docket or case number (if you know):   CR-15-2581

2.  (a) Date of the judgment of conviction (if you know):   7-22-16

    (b) Date of sentencing:   10-13-16

3.  Length of sentence:   40-60 years

4.  In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes    ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:   Use of A weapon to Comitt a Felony and Discharging a firearm at an occupid dwelling

6.  (a) What was your plea? (Check one)

    ☒ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty              ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   N\A

(c) If you went to trial, what kind of trial did you have? (Check one)

       ☒ Jury     ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

       ☐ Yes     ☒ No

8.   Did you appeal from the judgment of conviction?

       ☒ Yes     ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:   Nebraska Appellat Court

(b) Docket or case number (if you know):   S - 16 - 1004

(c) Result:   Affirmed

(d) Date of result (if you know):   Dec. 15, 2017

(e) Citation to the case (if you know):   State V. Wofford, 298 Neb. 412 (2017)

(f) Grounds raised:   Sustained the Motion to Consolidate his trial. Unsupervised jury access to view the surveillance video during deliberations, Insufficient evidence, Excessive sentences.

(g) Did you seek further review by a higher state court?    ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Dougals County District Court

(2) Docket or case number (if you know): CR - 15- 2581

(3) Date of filing (if you know): Around December 18, 2018

(4) Nature of the proceeding: State Post Conviction Motion

(5) Grounds raised: Invalid Jury Instuctions, Ineffective Assitance of trial counsel, Judicial Abuse of Discretion Inadequate Jury Instruction

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: Conviction Affirmed _____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Douglas County District Court

(2) Docket or case number (if you know): CR-15-2581

(3) Date of filing (if you know): 4-27-23

(4) Nature of the proceeding: Second/Succesive Verified Postconviction Motion

(5) Grounds raised: Prosecutorial Misconduct: The State committed Misconduct when Lafferrell T. Matthew's at the trail for the defendant gave false testimony at trial on the record, when he was asked if he received leniency in exchange for his testimony.

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: N\A

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1)  First petition:    ☐ Yes    ☒ No  did 't Pruse; did not know

(2)  Second petition:  ☒ Yes    ☐ No

(3)  Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

On my first Petition I was self-represented, did not know
that I needed to appeal or even that I could appeal.

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
       laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
       supporting each ground. Any legal arguments must be submitted in a separate memorandum.

       **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
       state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
       forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**  Violated My Due Proces by Consolidating my trial
with my Co-defendent

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The court violated my Constitutiond Right. By Consvididating my trid
with my co-depeadent trid Which is against my due Procces.

(b) If you did not exhaust your state remedies on Ground One, explain why:  Grand was exhausted

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:    _N/A_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    _N\A_

Name and location of the court where the motion or petition was filed:    _N/A_

Docket or case number (if you know):    _N\A_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):    _N/A_

(3) Did you receive a hearing on your motion or petition?  _N\A_    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?  _N\A_    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  _N\A_ ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:    _N\A_

Name and location of the court where the appeal was filed:    _N\A_

Docket or case number (if you know):    _N\A_

Date of the court's decision:    _N\A_

Result (attach a copy of the court's opinion or order, if available):    _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

ISSue raised to Neb. supreme court.

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _N/A_

**GROUND TWO:** Batson challenge overruled Contra Batson v. Kentucky

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During jury selection the state struck the only African American Mad Due to his religous beliefs. The state also struck the only hispanic womn Due to where she lived (southomaha). she also got struck because a ralitive was killed in a different case not related to mine. The constitutons states that I should be tryed by a jury of my peers. I think I should had a mix jury. not an all white jury.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _Ground was exhausted_

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _N/A_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

AO 241 (Rev. 09/17)

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3) Did you receive a hearing on your motion or petition? *N/A*  □ Yes  □ No

(4) Did you appeal from the denial of your motion or petition? *N/A*  □ Yes  □ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? *N/A* □ Yes  □ No

(6) If your answer to Question (d)(4) is "Yes," state: *N/A*

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*Issue raised to Neb. Supreme Court*

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : *N/A*

**GROUND THREE:**   *Jury Instruction's in violation of due process and fair trial*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*The court allowed the Jury to go against the Jury instruction. Number 4 and number 5. Number 4 stated that the Jury was not to do there own investigation, research ect. Number 5 states that the Jury is not to take any electronic cellphones, laptops, tablets ect. And both of these Instructions was abandoned and my due process was violated and deprived me of a fair trial*

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *Ground was exhausted*

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☒ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: *N/A*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *N/A*

Name and location of the court where the motion or petition was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3) Did you receive a hearing on your motion or petition? *N/A*     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition? *N/A*     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: *N/A*

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*Issue raised to Neb. Supreme Court.*

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: *N/A*

**GROUND FOUR:** *Insufficient Evidence In Violation of due Process and Fair trial,*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Wofford generally contends that the states evidence was not sufficient to prove a prima Facie case for the charges against him. He argues that the testimony of the state's witnesses was not corroborated by any physical evidence such as DNA testing or Fingerprinting that would identify wofford as the person who fired the shots. He further argues that none of the occupants of the vehicle into which the shots were fired identified him as the shooter, that no weapon was found in his possession, and that there was no gunpower residue to connect him to the shooting. Wofford Further contends that the estimony of his codefendants, matthews and Hairston, was "so self serving and so extremely doubtful in character.*

(b) If you did not exhaust your state remedies on Ground Four, explain why:

*Ground was exhausted*

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: *N/A*

(d)   **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *N/A*

see Attached

Grand Four: continues

the lacked probative value to support his convictions.

Page 10a Continue

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(3) Did you receive a hearing on your motion or petition? *N/A*     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition? *N/A*     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? *N/A* ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: *N/A*

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*Issue raised to Neb. Supreme court.*

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four: *N/A*

See Attached

Ground Five : Prosectorial misconduct in violation of the Fifth, Sixth and Fourteenth Amendments to the U.S Constitution.

(A) Supporting Facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The state committed Prosecutorial Misconduct by allowing my Code defender Lafferrell Matthews to give False testimony at my trial when he was asked if he recieved any leniency in exchange for his testimony and he said he did not.

Page 12

See Attached

Ground Five; continues

(B) If you did not exhaust your state remedies on Ground Five explain why: Ground Five was raised to the district court and an appeal was Filed but ruled time barred.

(C) Direct Appeal of Ground Five:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: The Court of Appeals on its own motion decided that my appeal was not submitted on time.

(D) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☒ Yes ☐ No

(2) If your answer to Question (D)(1) is "yes," state:
Type of motion or petition: 2nd Postconviction

Name and location of the court where the motion or petition was Filed: Douglas County District Court

Docket or case number (if you know): CR 15-2581

Page 13

Date of the courts decision: April 27, 2023
Result (attach a copy of the court's opinon or order,
if available): Denied without an evidentiory hearing.

(3) Did you receive a hearing on your motion or petition?
□ Yes  ☒ No

(4) Did you appeal from the denial of your Motion or petition?
☒ Yes   □ No

(5) If your answer to Question (D)(4) is "yes," did you raise
this issue in the appeal?        □ Yes  ☒ No

(6) If your answer to Question (D)(4) is "yes," state:
Type of Motion or Petition : N/A

Name and location of the court where the appeal was Filed:
Nebraska Supreme / Appeals Court

Docket or case number (if you know): A-23-0419
Date of court's decision: September 18, 2023
Result (attach a copy of the court's opinion or
order, if available): Appellant's petition for further
review denied.

Page 14

(7) IF your answer to Question (D)(4) or Question (D)(5) is "No," explain why you did not raise this issue: The court did not allow me to File a brief. The Court decided that I had filed my notice of appeal untimely.

Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies etc.) that you have used to exhaust your state remedies on Ground Five: Consequently to the Court's decision I filed a pro se petition for further review          which the Court ultimately denied.

See Attacthed

Ground six: Video Footage / laptop was allowed and viewed durring
Jury deliberations in violation of due process.

(A) Supporting facts (Do not argue or cite law. Just state the
specific facts that support your claim.)

The Jury was instructed not to use any electronics cellphones,
laptop's tablet's, ect.. during the deliberations. The Juror's had
acces to a laptop and a Juror was a computer technician and
found a software to tamper and manipulate the evidence.
Petitioner assert that reliance of the created evidence
by the Jury rendered the trial unfair. The Juror's actions
robbed petitioner of an acquittel.

Page 16

See Attached

Ground Six Continues

(B) If you did not exhaust your state remedies on Ground Six
explain why: Ground six was raised to district court
but not appealed to highest court.

(C) Direct Appeal of Ground Six:
(i) If you appealed from the Judgment of Conviction.
did you rise this issue? ☐ yes ☒ NO

(2) If you did not raise this issue in your direct appeal,
explain why: I did not appeal because I did not
Know that I could.

(D) Post-Conviction Proceedings:
(i) Did you raise this issue through a post-Conviction Motion
or petition for habeas corpus in a state trial court?
☒ yes ☐ No

(2) If your answer to Question (D)(i) is "yes," state:
type of Motion or petition: 1st Postconviction

Name and location of the court where the Motion
or petition was filed: Douglas County District Court

Docket or case number (if you Know): CR15-2581

Page 17

Date of the Court's decision: March 7th, 2019
Result (attach a copy of the court's opinion or order,
if available): Denied

(3) Did you receive a hearing on your Motion or Petition
☐ yes  ☒ No

(4) Did you appeal from the denial of your Motion or Petition?
☐ yes  ☒ No

(5) If your answers to Question (D)(4) is "Yes" did you raise
this issue in the appeal?      ☐ yes  ☒ No

(6) If your answer to Question (D)(4) is "yes," state:
Type of Motion or Petition: N/A
Name and location of the court Where the appeal was filed:
N/A

Docket or case Number (if you know): NA
Date of court's decision: N/A
Result (Attach a copy of the court's opinion or order
if available): N/A

Page 18

(A If you answer to Question (D)(4) or Question (D)(5) Is "No," explain why you did not raise this issue:

I filed a pro se postconviction not knowing what I was doing or how to do it. In Nebraska pro se litigants are expected to perform as an attorney would, pro se litigants are not given attorneys to assist them with their postconviction.

Other Remedies: Describe any other Procedures (such as habeas corpus, administrative remedies, ect.) That you have used to exhaust your state remedies on Ground seven:

Page 19

See Attached

Ground seven: Aressting officers failed to read the Defendant's his
miranda rights at the time of his arrest.

(A) Supporting Facts (Do not argue or cite law. Just the specific
Facts that support your claim.)

This miranda issue should have been raised in my direct
appeal. Failure to do so constitute Ineffective Assistance
of Appellate counsle - So Im asking the court to excute
any defeat due to indfective of appeal counsel.

In Nebraska we are not entitled to postconviction
attorney during a Postconviction I did my Postconviction
Prose did not know the procedure but the Miranda issue
has Merit. So Im asking the court to excusse its
Procudral defult,

Page 20

See Attached

Ground seven continues

(B) If you did not exhaust your state remedies on Ground seven
explain why: Ground seven raised to district court but
appealed to higest court

(C) Direct Appeal of Ground seven:
(i) If you appealed from the judgment of conviction,
did you raise this issue ☐ yes ☒ No

(ii) If you did not raise this issue in your direct appeal,
explain why: I did not appeal because I did not know that
I could

(D) Post-Conviction proceedings:
(i) Did you raise this issue through a Post conviction Motion or Petition
for habeas Corpus in a state trial court?
☒ yes ☐ No

(2) If your answer to question (D)(1) is "yes" state:
Type of Motion or petition: 1st PostConviction

Name and location of the court where the Motion
or petition was filed: Douglas County District Court

Docket or case number (if you know): CR18-2581

Page 21

Date of the court's decision: March 7th, 2019
Result (attach a copy of the court's opinon or order,
in available): Denied

(3) Did you receive a hearing on your motion or petition?
☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or
petition? ☐ Yes ☒ No

(5) If your answer to Question (D)(4) is "yes" did you raise
this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (D)(4) is "yes," state
type of Motion or Petition: N/A

Name and location of the court where the appeal
was filed: N/A

Docket or case number (if you know): N/A
Date of court's decision: N/A
Result (Attach a copy of the courts opinion or
order, if available): N/A

Page 22

(7) If your answer to question (D)(4) or question (D)(5) is "No," explain why you did not raise this issue:

I filed a pro se Postconviction not Knowing what I was doing or how to do it. In Nebraska pro se litigates are expected to perform as an attorney would, Pro se litigats are not given attorneys to assist them with their Post conviction.


Other Remedies: Describe any other procedures (such habeas corpus administrative remedies, ehti. That you have used to exhaust your state remedies on Ground six:

Page 23

See Attached

Grounds #1: Judical and ~~Prosecution~~ prosecution Violation of Brady material

(A) Supporting facts (Do not argue or cite law. Just the specific facts that support your claim.)

The Defendant has wrote the courts, police station, Prosecutor's office, trial counsel, appellate counsel and records with the Freedom of Information Act ect, Discovery Motions. To provide Police Reports, Depositions, witness testimony and witness Plea Agreements. Which would helped the Defendant's with better knowlegment and arguments to strengthen his Post conviction.

In Nebraska We are not entitled to Post conviction attorney during a Post conviction. I did my Post conviction pro se did not know Procedure but the failure to provide the defendant with all legal Documents issue has Merit. So I'm asking the Court to excuse its Proceded default.

Page 24

See Attached

ground eighti continues

(b) If you did not exhaust your state remedies on Ground eight
explain why: Ground seven was raised to district court but not
appealed to highest court;

(C) Direct Appeal of Ground Eight;

(1) If you appealed from the Judgment of conviction,
did you raise this issue ? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal,
explain why: I did not appeal because I did not know I could

(D) Post-conviction Proceedings:

(1) Did you raise this issue through a Post-conviction Motion
or Petition for habeas corpus in a state trial court?
☒ yes ☐ No

(2) If your answer to question (D)(1) is "yes" State;
Type of Motion or Petition: 1st Post conviction

Name and location of the court where the motion
or petition was filed: Douglas County District Court

Docket or case number (if you know): CR15-2581

Page 25

Date of the court's decision: March 7th 2019
Result (attach a copy of the court's opinion or order
if available): Denied

(3) Did you receive a hearing on your Motion or Petition?
☐ Yes ☒ NO

(4) Did you appeal from the denial of your Motion or Petition?
☐ Yes ☒ NO

(5) If your answer to question (D)(4) is "yes" did you raise
this issue in the appeal?         ☐ Yes ☒ No

(6) If your answer to Question (D)(4) is "yes," state
Type of Motion or Petition: N/A

Name and location or the court Where the appeal
Was filed: N/A

Docket or Case number (If you know): N/A
Date of Court's decision: N/A
Result (attached a copy of the court's opinion or
order, if available): N/A

Page 26

(7) If your answer to Question (D)(4) or Question (D)(5) is "No," explain why you did not raise this issue

I filed a pro se PostConviction not knowing what I was doing or how to do it. In Nebraska PiuSe litigates are expede to Reform as as attorney would Pro Se litigates are not given attorneys to assist them with their Post Conviction

**Other Remedies:** Describe any other Procedures (Such as habeas corpus, administrative remedies, ect.) That you have used to exhaust your state remedies on Ground eight: N/A

Page 27

See Attached

Grand Nine: Ineffective Assistance of Appellate Counsel in violation of the sixth Amendment.

(A) supporting facts (Do not argue or cite law. Just the specific facts that support your claim.)

Appellate counsel failed to raise ineffective assistance of trial counsel due to: (1) failure to conduct investigation; (2) failed explain to the Defendant the advantage and disavantage of of signing an written arrangement and/or waiver of Physic appearance therefore allowed the Defendant to" forefeit his "perliminary hearing" (3) waiver of petitioner's rights to constitutional and statutory speedy trial and (.) failure to file a motion to suppress statements/evidence. This ground was raised in my pro se postconviction motion but when the court denied my motion I failed to appeal to the highest court in the state. However, this issues were in the record and appellate counsel failed to raise them Therefore, I am asking the court to excuse any procedural default due to ineffective assistance of appellate counsel.

Page 28

see Attached

Ground Nine: Continues

(B) If you did not exhaust your state remedies on ground Nine
explain Why: Ground nine was raised to district court but not
appealed to highest court

(C) Direct Appeal of Ground Nine:

(1) If you appealed from the Judgment of conviction,
did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct
appeal, explain why: I did not appeal because I did not know
I could.

(D) Post Conviction proceedings:

(1) Did you raise this issue through a post conviction motion
or petition for habeas corpus in a state trial court?
☒ Yes ☐ No

(2) If your answer to Question (D)(1) is "yes," state:
Type of Motion or petition: 1st Postconviction

Name and location of the court where the motion
or petition was filed: Douglas County District Court

Docket or case number (if you know): CR15-2581

*Page 29*

Date of the court's decision: March 27th 2019
Result (attach a copy of the courts opinion or
order, if available); Denied

(3) Did you receive a hearing on your motion or
petition?   ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion
or petition?  ☐ Yes  ☒ No

(5) If your answer to question (D)(4) is "yes" did
raise this issue the appeal?        ☐ Yes  ☒ No

(6) If your answer to question (D)(4) is "yes," state
Type of Motion or Petition: N/A

Name and loctation of the court where the appeal
was filed: N/A

Docket or case number (if you know): N/A
Date or court's decision: N/A
Result (attach a copy of the courts opinion
or order, if available); N/A

Page 30

(A) If your answer to Question (D)(4) or Question (D)(5) is "No," explain why you did not raise this issue.

I filed a pro se post conviction not knowing what I was doing or how to do it. In Nebraska pro se litigants are expected to perform as an attorney would litigate are not given attorneys to assist them with their post conviction

other Remedies; Describe any other procedures (such as habea corpus, administrative remedies ect) that you have used to exhaust your state remedies on Ground Nine N/A

Page 31

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☐ Yes    ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Grounds(?) Five, Six, Seven, Eight and Nine were no presented to the Nebraska Supreme Court. Ground Five was appealed to the the Neb Ct. of Appeals but the Court ultimately ruled that my appeal had been filled untimely. The rest of the grounds I did it pro se and did not know that I could appeal.

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

Page 32

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

       judgment you are challenging:

       (a) At preliminary hearing:    Walved appearance

       (b) At arraignment and plea:    Jim McGough/McGoughLaw P.C. L.L.O. 11920 Burt Street,
       Suite 100 PO Box 540186 omaha, NE 68154),
       (c) At trial:    Jim McGough/McGoughLaw P.C.L.L.O. 11920 Burt Street
       Suite 100 PO Box 540186 Omaha, NE 68154),
       (d) At sentencing:    Jim McGough/McGoughLaw P.C.L.L.O. 11920 Burt Street
       Suite 100 PO Box 540186 Omaha, NE 68154),
       (e) On appeal:    Ernest H. Addison Jr (ERNEST H. ADDISON JR.
       ATTORNEY AT LAW 6842 PACIFIC Street Omaha, Nebraska
       (f) In any post-conviction proceeding:    Pro Se                     68106

       (g) On appeal from any ruling against you in a post-conviction proceeding:    Pro Se

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

       challenging?         ☐ Yes    ☒ No

       (a) If so, give name and location of court that imposed the other sentence you will serve in the future:


       (b) Give the date the other sentence was imposed:

       (c) Give the length of the other sentence:

       (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

       future?          ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

       why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

       Your Honor, since I was convicted and sentenced I have been
       trying to get all of my document/discovery/Brady materials from
       all of my attorneys, the Douglas County District Attorney and
       the Courts. This all have been documented.

Page 33

AO 241 (Rev. 09/17)

Your Honor, I further filed a freedom of information request and even tried to get my paperwork by filing State public of information requests? Nothing worked.

Your Honor, to this day I have put every application i'm court, including those Postconvictions solely based on mind/memory recollection of what took place during my pretrial, trial, sentencing and appeal proceedings.

Your Honor, to this day being uring 18th 2023 I have OCt. not received any of my discavery, bill of exceptions or transcripts.

Your Honor, I further request that you have mercy on me and that you grant me equitable tolling and further deem my habeas application timely filed as any those barred is not for lack of trying to get relict but a State created impediment.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

Page 34

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with
       respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
       under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *discovery, appointment of counsel,*
*leave to Amend Habeas Corpus, evidentiary hearing, violation of*
*my Constitutional rights and release from custody*
or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

*Pro   Se*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for
Writ of Habeas Corpus was placed in the prison mailing system on _____10-18-23_____ (month, date, year).

Executed (signed) on _____10-18-23_____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

Page 35



Nico Woofard # 84656
Po Box 900
Tecumseh Ne 68450

NOTICE! THIS CORRESPONDENCE
WAS MAILED BY AN INMATE CONFINED
IN AN INSTITUTION OPERATED BY
THE NEBRASKA DEPARTMENT OF
CORRECTIONAL SERVICES. ITS CONTENTS
ARE UNCENSORED.

quadient
CORRECTION
IMI
$000.81
10/19/2023 ZIP 68450
043M31235529
US POSTAGE

Raman L. Hruska Us
Courthouse
111 5th 18th Plz # 1152
Omaha, Nc 68102

RECEIVED
OCT 2 4 2023
CLERK
U.S. DISTRICT COURT

Legal Mail                              Legal Mail