IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NICO WOFFORD,

                            Petitioner,                    **8:23CV464**

            vs.

CRAIG GABLE, TSCI Warden; and ROB                    **ORDER**
JEFFREYS, NDCS Director;

                            Respondents.

This matter is before the Court on Petitioner's two Motions for Extension of Time, Filing No. 25; Filing No. 26, filed on December 2 and December 13, 2024, respectively. Liberally construed, Petitioner seeks a sixty-day extension of time and leave to file a response to Respondents' reply brief, Filing No. 24, filed on November 14, 2024. As set forth in the Court's June 27, 2024, progression order, Petitioner was not directed to file any further briefing after Respondents filed and served their reply brief. *See* Filing No. 9 at 4, ¶ 2.E. However, as Respondents have filed no opposition to Petitioner's motions, upon consideration the Court will grant Petitioner's motions as set forth below. *See* NECivR 7.1(c)(3).

IT IS THEREFORE ORDERED that:

1.      Petitioner's Motions for Extension of Time, Filing No. 25; Filing No. 26, are granted. Petitioner shall have until **February 14, 2025**, to file and serve a brief in response to Respondents' reply brief, addressing only the arguments presented by Respondents and any defenses Petitioner may have. If Petitioner does not file a brief by the **February 14, 2025**, deadline, this matter will be considered fully submitted and

ripe for decision.  Given the length of the extension, **no further extensions shall be granted**.

    2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 14, 2025**: deadline for Petitioner's brief.

Dated this 17th day of December, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge