IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICO WOFFORD,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>CRAIG GABLE, TSCI Warden; and ROB JEFFREYS, NDCS Director;<br><br>　　　　　　Respondents. | 8:23CV464<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the Court on Petitioner Nico Wofford's "Motion for Extension of Time to file Response to the United States Court of Appeals for the Eighth Circuit denial of his application for a certificate of appealability." Filing No. 43 (spelling corrected; capitalization altered). On October 2, 2025, Petitioner filed an appeal of this Court's Memorandum and Order, Filing No. 34, and Judgment, Filing No. 35, dated September 9, 2025, dismissing his habeas petition with prejudice. Filing No. 36. On November 3, 2025, the Eighth Circuit Court of Appeals entered a judgment denying Petitioner's application for a certificate of appealability and dismissing his appeal. Filing No. 42. Petitioner's present motion, which is dated November 14, 2025, requests a thirty to sixty day extension of time "to file a response to the courts for the denial of his application for a certificate of appealability" due to his limited access to the law library and legal aid assistance. Filing No. 43.

　　　　As a general rule, a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously, and the filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal. *Hunter v. Underwood*,

362 F.3d 468, 475 (8th Cir. 2004).  Thus, to the extent Petitioner seeks relief from this Court with respect to the denial of his certificate of appealability, his motion is denied without prejudice as this Court lacks jurisdiction over his request.  To the extent Petitioner actually seeks relief from the Eighth Circuit Court of Appeals, the Court shall direct the Clerk of Court to forward his motion to the Circuit Court.

IT IS THEREFORE ORDERED that:

1. Petitioner's motion for extension of time, Filing No. 43, is denied without prejudice to the extent Petitioner seeks relief in this Court.

2. The Clerk of Court is directed to transmit Plaintiff's motion, Filing No. 43, and a copy of this order to the Eighth Circuit Court of Appeals as a supplement to Petitioner's notice of appeal.

Dated this 25th day of November, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge